**United States District Court**
**Western District of Texas**
**Waco Division**

| | | |
|---|---|---|
| Uniloc 2017 LLC | § § § § | |
| *Plaintiff* | § § | |
| v. | § § | Case No. 2:19-cv-532 |
| Apple Inc., | § § § | |
| *Defendant* | § § § | Jury Trial Demanded |

**PLAINTIFF UNILOC 2017 LLC'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Uniloc 2017 LLC files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

The parent of Uniloc 2017 LLC is CF Uniloc Holdings LLC.

No publicly held corporation owns 10% or more of the stock of Uniloc 2017 LLC.

Respectfully Submitted,
By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Debra Coleman
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
Christian Hurt
Texas State Bar No. 24059987
churt@bdavisfirm.com
Edward Chin
Texas State Bar No. 50511688
echin@bdavisfirm.com
Ty Wilson
Texas State Bar No. 24106583
Twilson@davisfirm.com

        DAVIS FIRM
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090
F: (903) 230-9661

**Counsel for Plaintiff Uniloc 2017 LLC**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this September 10, 2019 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III

William E. Davis, III