United States District Court
Western District of Texas
Waco Division

| | | |
|---|---|---|
| Uniloc 2017 LLC | § § § § | |
| *Plaintiff* | § § | |
| v. | § § | Case No. 6:19-cv-532-ADA |
| Apple Inc., | § § § | |
| *Defendant* | § § § | Jury Trial Demanded |

# NOTICE OF READINESS FOR INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Uniloc 2017 LLC files this Notice of Readiness for an Initial Case Management Conference, pursuant to the Court's Standing Order.

Defendant Apple Inc. filed its answer to original complaint for patent infringement on October 3, 2019. Dkt. 9.

There are currently no pending motions or related cases in this District.

Dated: October 7, 2019

                                                                Respectfully Submitted,
                                                                By: /s/William E. Davis, III
                                                                William E. Davis, III
                                                               Texas State Bar No. 24047416
                                                               bdavis@bdavisfirm.com
                                                               Debra Coleman
                                                               Texas State Bar No. 24059595
                                                               dcoleman@bdavisfirm.com
                                                               Christian Hurt
                                                               Texas State Bar No. 24059987
                                                               churt@bdavisfirm.com
                                                               Edward Chin
                                                               Texas State Bar No. 50511688

echin@bdavisfirm.com
Ty Wilson
Texas State Bar No. 24106583
Twilson@davisfirm.com

DAVIS FIRM
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090
F: (903) 230-9661

**Counsel for Plaintiff Uniloc 2017 LLC**

## CERTIFICATE OF SERVICE

     The undersigned certifies that on this 7th day of October 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ William E. Davis, III
William E. Davis, III