# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:19-CV-00532-ADA |
| | § | |
| APPLE INC. | § | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, April 24, 2020 at 09:30 AM**.

IT IS SO ORDERED this 30th day of October, 2019.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE