# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

UNILOC 2017 LLC

vs.                                                         Case No.:  6:19-CV-00532-ADA

APPLE INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Mark D. Fowler , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Apple Inc.  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US) with offices at:

   Mailing address:  2000 University Avenue

   City, State, Zip Code:  East Palo Alto, CA 94303-2214

   Telephone:  (650) 833-2000        Facsimile:  (650) 833-2001

2. Since  12/11/86 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  California .
   Applicant's bar license number is  124235 .

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:

   See attached.

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: See attached. on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Guaragna

Mailing address: DLA Piper LLP (US), 401 Congress Ave., Suite 2500

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Mark D. Fowler to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Mark D. Fowler
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18 day of November, 2019.

Mark D. Fowler
[printed name of Applicant]

[signature of Applicant]

Mark D. Fowler
Motion for Admission Pro Hac Vice

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | Supreme Court of California | December 11, 1986 |
    | Federal Circuit Court of Appeals | March 12, 2001 |
    | Ninth Circuit Court of Appeals | December 11, 1986 |
    | U.S. Dist. Court, Northern District of California | December 11, 1986 |
    | U.S. Dist. Court, Central District of California | September 10, 1991 |
    | U.S. Dist. Court, Southern District of California | May 10, 1991 |
    | U.S. Dist. Court, Eastern District of California | June 13, 1991 |
    | U.S. Dist. Court, Northern District of Florida | August 10, 2010 |
    | U.S. Dist. Court, Eastern District of Wisconsin | May 31, 2012 |

5.  I have previously applied to Appear Pro Hac Vice in this district court in Cases:

    Number:  6:19-cv-00329 on the 7th day of August, 2019.

    Number:  1:18-cv-00990 on the 18th day of December, 2018.

    Number:  1:18-cv-00991 on the 18th day of December, 2018.

    Number:  1:18-cv-00838 on the 30th day of October, 2018.

    Number:  1:18-cv-00293 on the 24th day of April, 2018.

    Number:  1:18-cv-00296 on the 24th day of April, 2018.

    Number:  1:18-cv-00158 on the 19th day of March, 2018.

    Number:  1:18-cv-00159 on the 19th day of March, 2018.

    Number:  1:18-cv-00161 on the 19th day of March, 2018.

    Number:  1:18-cv-00163 on the 19th day of March, 2018.

Number:  1:18-cv-00164 on the 19th day of March, 2018.

Number:  1:18-cv-00166 on the 19th day of March, 2018.

Number:  1:12-cv-00604 on the 26th day of October, 2012.

Number:  1:11-cv-00468 on the 31st day of August, 2012.

Number:  1:11-cv-00472 on the 16th day of August, 2011.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNILOC 2017 LLC

vs.                                                                  Case No.: 6:19-CV-00532-ADA
APPLE INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Mark D. Fowler, counsel for Apple Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Mark D. Fowler may appear on behalf of Apple Inc. in the above case.

IT IS FURTHER ORDERED that Mark D. Fowler, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of November, 20 19 .

UNITED STATES DISTRICT JUDGE