IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Uniloc 2017 LLC | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 6:19-cv-532 |
| | § | |
| Apple Inc., | § | PATENT CASE |
| | § | |
| *Defendant* | § | Jury Trial Demanded |
| | § | |
| | § | |

**AGREED MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEFS RELATING TO DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE**

Plaintiff Uniloc 2017 LLC ("Uniloc") and defendant Apple Inc. ("Apple") respectfully move the Court for an order extending the time for Uniloc to file its brief in response to Apple's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 15) and extending the time for Apple to file its reply brief. Uniloc's current deadline to file its response brief is December 6, 2019. And Apple's current deadline to file its reply brief is December 13, 2019.

To fully address the issues arising from Apple's Motion to Transfer Venue, both parties seek to conduct certain venue-related discovery, primarily Rule 30(b)(6) depositions as to venue-related issues and are having on-going discussions about the number, scope, and scheduling of such depositions before they formally seek leave from this Court to conduct such discovery. The parties anticipate concluding their negotiations in the next 1 to 2 weeks. Accordingly, the parties seek to extend the deadline for Uniloc's response brief by 14 days with the new response date December 20, 2019.

The extension is requested to allow for the parties to continue their negotiations concerning the venue discovery that they seek. To the extent that the parties reach agreement as to certain

venue discovery that they wish to conduct, they will jointly seek leave from the Court to do so. And to the extent that there are remaining disputed issues, the parties anticipate seeking the Court's guidance as needed. The parties seek this extension not for delay but for good cause and that justice may be served. Uniloc agrees that it will not use this extension or the fact that case activity has occurred during this process as a basis to resist transfer.

Wherefore, Uniloc and Apple respectfully request that the Court order that the date by which Uniloc must respond to Apple's Motion to Transfer be extended by 14 days to December 20, 2019.

Respectfully Submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Debra Coleman
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
Christian Hurt
Texas State Bar No. 24059987
churt@bdavisfirm.com
Edward Chin
Texas State Bar No. 50511688
echin@bdavisfirm.com
Ty Wilson
Texas State Bar No. 24106583
Twilson@davisfirm.com

**DAVIS FIRM**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090
F: (903) 230-9661

**Counsel for Plaintiff Uniloc 2017 LLC**

By: /s/ John M. Guaragna
John M. Guaragna
Texas Bar No. 24043308
John.guaragna@dlapiper.com
**DLA Piper LLP (US)**
401 Congress Avenue, Suite 2500
Austin, Texas 78701
Phone: 512.457.7000
Fax: 512.457.7001

Mark D. Fowler (*pro hac vice*)
mark.fowler@dlapiper.com
Christine K. Corbett (*pro hac vice*)
Christine.corbett@dlapiper.com
Summer Torrez (*pro hac vice*)
summer.torrez@dlapiper.com
**DLA Piper LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Phone: 650.833.2000
Fax: 650.833.2001

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record,

/s/ William E. Davis, III

William E. Davis, III