**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| Uniloc 2017 LLC | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 6:19-cv-532-ADA |
| | § | |
| Apple Inc., | § | PATENT CASE |
| | § | |
| *Defendant* | § | Jury Trial Demanded |
| | § | |
| | § | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's February 26, 2020 Text Order granting the Parties' Agreed Motion to Extend Scheduling Order Deadlines and the Court's Scheduling Order (Dkt. 18), Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendant Apple Inc. ("Apple") hereby submit this Joint Claim Construction Statement.

**(a) The construction of those claim terms, phrases, or clauses on which the parties agree;**

| Term | Agreed Construction |
|---|---|
| "list" | "any stored representation of information indicative of component compatibility" |

**(b) the patent and asserted claim(s) in which the term appears, the language of the term, and each party's proposed construction for the term;**

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"known [acceptable/unacceptable] configurations for the electronic device"**<br><br>**(Claims 1, 11, and 21)** | No construction necessary. Plain and ordinary meaning. | "At least two sets of hardware or software components that were previously determined [to be/not to be] compatible with each other on the specific electronic device |

| **Term** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** |
|---|---|---|
| | | without requiring additional investigation" |
| **"at least one of a list of known acceptable configurations for the electronic device and a list of known unacceptable configurations for the electronic device"**<br><br>**(Claims 1, 11, 21)** | No construction necessary. Plain and ordinary meaning. | Requires both a list of known acceptable configurations and a list of known unacceptable configurations |

Respectfully Submitted,

By: /s/William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Debra Coleman
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
Christian Hurt
Texas State Bar No. 24059987
churt@bdavisfirm.com
Edward Chin
Texas State Bar No. 50511688
echin@bdavisfirm.com
Ty Wilson
Texas State Bar No. 24106583
Twilson@davisfirm.com

**DAVIS FIRM**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090
F: (903) 230-9661

**Counsel for Plaintiff Uniloc 2017 LLC**

By: /s/John M. Guaragna
John M. Guaragna
Texas Bar No. 24043308
John.guaragna@dlapiper.com
**DLA Piper LLP (US)**
401 Congress Avenue, Suite 2500
Austin, Texas 78701
Phone: 512.457.7000
Fax: 512.457.7001

Mark D. Fowler (*pro hac vice*)
mark.fowler@dlapiper.com
Christine K. Corbett (*pro hac vice*)
Christine.corbett@dlapiper.com
Summer Torrez (*pro hac vice*)
summer.torrez@dlapiper.com
**DLA Piper LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Phone: 650.833.2000
Fax: 650.833.2001

**ATTORNEYS FOR DEFENDANT
APPLE INC.**

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing instrument was served or delivered electronically

via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this 20th

day of March, 2020.

/s/ William E. Davis, III
William E. Davis, III