# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC | § § | |
| vs. | § § | NO: WA:19-CV-00532-ADA |
| APPLE INC. | § § | |

## ORDER SETTING MARKMAN HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a Markman Hearing by telephone conference* on May 15, 2020 at 01:30 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **13th day of April, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

*The Markman Hearing is currently set for a telephonic hearing, however, if the current situation changes, the Hearing may be held by an in person hearing in Austin, Texas.