# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC | § | |
| | § | |
| vs. | § | NO:  WA:19-CV-00532-ADA |
| | § | |
| APPLE INC. | § | |
| | § | |

## ORDER SETTING TELEPHONIC MOTION HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on May 12, 2020  at  09:00 AM .  Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **6th day of May, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE