UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC | § § | |
| vs. | § § | NO:  WA:19-CV-00532-ADA |
| APPLE INC. | § § | |

## ORDER SETTING TELEPHONIC MARKMAN HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on May 15, 2020 at 01:30 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **7th day of May, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE