IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Uniloc 2017 LLC, | § § § § | |
| *Plaintiff* | § § | |
| v. | § § | Case No. 6:19-cv-532-ADA |
| Apple Inc., | § § § | |
| *Defendant* | § § § | Jury Trial Demanded |

## AMENDED AGREED SCHEDULING ORDER

On October 30, 2019, the Court conducted a conference in the above entitled and numbered case. All parties appeared through counsel. As a result of such hearing, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial in this matter:

| Current Dates | Amended Dates | Item |
|---|---|---|
| June 5, 2020 | June 29, 2020 | Deadline to add parties. |
| June 19, 2020 | August 14, 2020 | Deadline to serve Final Infringement and Invalidity Contentions. |
| July 17, 2020 | August 14, 2020 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| NA | October 9, 2020 | Deadline to serve privilege log. |
| October 9, 2020 | November 6, 2020 | Close of Fact Discovery. |

| Current Dates | Amended Dates | Item |
|---|---|---|
| October 16, 2020 | November 13, 2020 | Opening Expert Reports. |
| November 13, 2020 | December 11, 2020 | Rebuttal Expert Reports. |
| December 4, 2020 | January 6, 2021 | Close of Expert Discovery. |
| December 11, 2020 | January 8, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue.  The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| December 18, 2020 | January 15, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| January 6, 2021 | February 3, 2021 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| January 19, 2021 | February 17, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| January 25, 2021 | February 23, 2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| February 3, 2021 | March 4, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| February 10, 2021 | March 11, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before Final Pretrial Conference. | | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| February 19, 2021 (or as soon as practicable) | | Final Pretrial Conference.  The Court expects to set the Pretrial Conference within 2-4 weeks of the trial date. |

| Current Dates | Amended Dates | Item |
|---|---|---|
| February 26, 2021 – March 19, 2021 (or as soon as practicable) | March 22, 2021 | Jury Selection/Trial(s) |

SIGNED this _____ day of _____, 20___.

                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE

**AGREED:**

| | |
|---|---|
| By: */s/ William E. Davis, III*<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>bdavis@bdavisfirm.com<br>Debra Coleman<br>Texas State Bar No. 24059595<br>dcoleman@bdavisfirm.com<br>Christian Hurt<br>Texas State Bar No. 24059987<br>churt@bdavisfirm.com<br>Edward Chin<br>Texas State Bar No. 50511688<br>echin@bdavisfirm.com<br>Ty Wilson<br>Texas State Bar No. 24106583<br>Twilson@davisfirm.com<br><br>**DAVIS FIRM PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>T: (903) 230-9090<br>F: (903) 230-9661<br><br>**Counsel for Plaintiff Uniloc 2017 LLC** | By: */s/ John M. Guaragna*<br>John M. Guaragna<br>Texas Bar No. 24043308<br>John.guaragna@dlapiper.com<br>**DLA Piper LLP (US)**<br>401 Congress Avenue, Suite 2500<br>Austin, Texas 78701<br>Phone: 512.457.7000<br>Fax: 512.457.7001<br><br>Mark D. Fowler (pro hac vice)<br>mark.fowler@dlapiper.com<br>Christine K. Corbett (pro hac vice)<br>Christine.corbett@dlapiper.com<br>Summer Torrez (pro hac vice)<br>summer.torrez@dlapiper.com<br>DLA Piper LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Phone: 650.833.2000<br>Fax: 650.833.2001<br><br>**Counsel for Defendant Apple, Inc.** |

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this 1st day of June, 2020.

*/s/ William E. Davis, III*
William E. Davis, III
