# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **UNILOC 2017 LLC,** *Plaintiff,* | § § § | |
| v. | § § | 6:19-CV-00532-ADA |
| **APPLE INC.,** *Defendant.* | § § § § | |

## ORDER ADOPTING PLAINTIFF UNILOC'S PROPOSED PROTECTIVE ORDER PROVISIONS

Before the Court are Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendant Apple, Inc.'s ("Apple") two competing provisions for their otherwise-agreed protective order. The Court held a hearing on June 1, 2020 during which the parties presented arguments in support of their respective positions. The Court is persuaded that Uniloc's position is appropriate and adopts its proposal in full. The parties are directed to submit a joint proposed order reflecting the guidance contained herein.

SIGNED this 2nd day of June, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE