# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| Uniloc 2017 LLC, | § | |
| --- | --- | --- |
| *Plaintiff* | § § § | |
| v. | § | Case No. 6:19-cv-532-ADA |
| Apple Inc., | § § § | |
| *Defendant* | § § § § | Jury Trial Demanded |

## AMENDED AGREED SCHEDULING ORDER

On October 30, 2019, the Court conducted a conference in the above entitled and numbered case. All parties appeared through counsel. As a result of such hearing, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial in this matter:

| Current Dates | Amended Dates | Item |
| --- | --- | --- |
| June 5, 2020 | June 29, 2020 | Deadline to add parties. |
| June 19, 2020 | August 14, 2020 | Deadline to serve Final Infringement and Invalidity Contentions. |
| July 17, 2020 | August 14, 2020 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| NA | October 9, 2020 | Deadline to serve privilege log. |
| October 9, 2020 | November 6, 2020 | Close of Fact Discovery. |

| Current Dates | Amended Dates | Item |
|---|---|---|
| October 16, 2020 | November 13, 2020 | Opening Expert Reports. |
| November 13, 2020 | December 11, 2020 | Rebuttal Expert Reports. |
| December 4, 2020 | January 6, 2021 | Close of Expert Discovery. |
| December 11, 2020 | January 8, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue.  The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| December 18, 2020 | January 15, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| January 6, 2021 | February 3, 2021 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| January 19, 2021 | February 17, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| January 25, 2021 | February 23, 2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| February 3, 2021 | March 4, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| February 10, 2021 | March 11, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before Final Pretrial Conference. | | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| February 19, 2021 (or as soon as practicable) | | Final Pretrial Conference.  The Court expects to set the Pretrial Conference within 2-4 weeks of the trial date. |

| Current Dates | Amended Dates | Item |
|---|---|---|
| February 26, 2021 – March 19, 2021 (or as soon as practicable) | March 22, 2021 | Jury Selection/Trial(s) |

SIGNED this  2nd  day of  June , 20 20 .

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE