**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **UNILOC 2017 LLC,** | § | |
| *Plaintiff* | § | |
| | § | **W-19-CV-00532-ADA** |
| **-v-** | § | |
| | § | |
| **APPLE INC.,** | § | |
| *Defendant* | § | |

## CLAIM CONSTRUCTION ORDER

The Court held the *Markman* hearing on May 15, 2020, during which, the Court orally provided the below claim constructions. The Court now enters those claim constructions.

| Term | Construction |
|------|-------------|
| "known [acceptable/unacceptable] configurations for the electronic device" | Plain-and-ordinary meaning, wherein "known" means "previously determined" |
| "at least one of a list of known acceptable configurations for the electronic device and a list of known unacceptable configurations for the electronic device" | Plain-and-ordinary meaning |

The Court will enter its memorandum in support of these claim constructions shortly.

**SIGNED** this 8th day of June, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE