# EXHIBIT 7



**DLA Piper LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2250
www.dlapiper.com

Christine K. Corbett
Christine.Corbett@dlapiper.com
T   650.833.2141
F   650.687.1111

August 18, 2020
*VIA E-MAIL*

William E. Davis, III
The Davis Firm, P.C.
213 N. Fredonia Street, Suite 230
Longview, Texas 75601

**Re:**   *Uniloc 2017 LLC v. Apple Inc.*, **No. 6:19-cv-00532 (WDTX)**

Dear Bo:

We are in receipt of Uniloc's Second Set of Interrogatories (Nos. 12-20) and Second Set of Requests for Production (Nos. 44-56), both served on August 4, 2020.

Based on our analysis of Uniloc's discovery requests and the numerous subparts included therein, Uniloc has served a total of at least 48 interrogatories and 114 requests for production. Uniloc's Second Set of Interrogatories (Nos. 12-20) and Second Set of Requests for Production (Nos. 44-56) alone consist of at least 31 interrogatories and 51 requests for production, respectively. These discovery requests violate the discovery limits set by the Court in its Order Governing Proceedings – Patent Case ("Order," Dkt. No. 11), because they exceed the limits of 30 interrogatories and 75 requests for production. See Order at 2.

Please confirm that Uniloc will withdraw these improper requests and serve discovery that complies with the Order. If Uniloc refuses, Apple will only respond through Interrogatory No. 16 and Request for Production No. 47.

Sincerely,

**DLA Piper LLP (US)**

*/s/ Christine Corbett*

Christine Corbett

WEST\291533171.1